Argued and submitted April 30, convictions affirmed; remanded for resentencing
June 3, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT DELAIN DORNBUSCH,
*Appellant.*

(91C-20850; CA A71762)

832 P2d 465

Steven V. Humber, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. Haydon*, 113 Or App 205, 832 P2d 457 (1992).